IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES LEE McCLAIN                                                                                   PLAINTIFF

V.                                                          No. 13-5245

WILLIAM STOREY, Circuit Court
Judge; JOHN THREET, Prosecuting
Attorney; CHARLES DUELL, Prosecuting
Attorney; DENNY HYSLIP, Supervising
Public Defender; BLAKE CHANCELLOR,
Public Defender; and ROBERT SCOTT
PARKS, Public Defender                                                                          DEFENDANTS

## O R D E R

On this 3rd day of April, 2014, there comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on March 14, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.  The dismissal of this action constitutes a strike under 28 U.S.C. § 1983, and therefore, the Clerk of the Court is directed to place a §1915(g) strike on the case.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge